**BLD-165**                                                           **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1540
_____

In re:  ROBERT ODELL DAVIS,
                                                                    Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 3-09-cv-00012)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
April 19, 2012
Before:  SCIRICA, SMITH AND CHAGARES, Circuit Judges

(Opinion filed : May 9, 2012)
_____

OPINION
_____

PER CURIAM

Robert Odell Davis requests by way of mandamus that we compel the District

Court to rule on certain motions that were pending in his civil rights action at the time

Davis filed the instant petition.  By order entered March 9, 2012, however, the District

Court did rule on those motions and entered judgment against Davis.  Accordingly, this

mandamus petition will be denied as moot.